STATE OF NEW JERSEY v. MERCER CLAPPS.

September 14, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD CAVANAUGH.

September 14, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. NICHOLAS BARBELLA.

September 14, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSE BETANCES.

September 14, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. KEVIN ALLEN.

September 14, 1988.

Petition for certification denied.